IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-30001 |
| ) | |
| WILLIAM T. HERMAN, ) | |
| ) | |
| Defendant. ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

Defendant William T. Herman's Motion to Reset Defendant's Reporting Date (d/e 19) is ALLOWED. Defendant's Judgment is hereby modified to change his report date from September 15, 2009, to October 15, 2009. Defendant William T. Herman is hereby ordered to report to the facility designated by the Bureau of Prisons on or before 12:00 p.m. noon, local time, on October 15, 2009, to begin his term of imprisonment. All other terms and conditions of his judgment and sentencing remain unchanged.

IT IS THEREFORE SO ORDERED.

ENTER: July 22, 2009

  FOR THE COURT:

          s/ Jeanne E. Scott
         JEANNE E. SCOTT
   UNITED STATES DISTRICT JUDGE